FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 MAY 11 PM 4:17

CLERK
SO. DIST. OF GA

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ARGIE LEE BROOKS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-106 |
| v. | * | |
| WARDEN SHAY HATCHER, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 19, to which Petitioner Argie Brooks ("Brooks") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Brooks' 28 U.S.C. § 2254 Petition, and **DENIES** Brooks *in forma pauperis* status on appeal and a Certificate of Appealability. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case

AO 72A
(Rev. 8/82)

and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_11\_\_\_ day of \_\_\_May\_\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA